| | | | |
|---|---|---|---|
| Com. v. Williams [40] | 03/01/2016533 EAL (2015) | Denied | Pa.Super., 131 A.3d 105 |
| Com. v. Williams [41] | 02/25/2016692 MAL (2015) | Denied | No. 1841 EDA 2014 |
| D.Y.S., In re; T.J.H., In re [42] . . . . . . . . . . | 01/19/2016924 MAL (2015) | Denied | Pa.Super., 134 A.3d 483 |
| Discover Bank v. Bagdis [43] . . . . . . . . | 02/01/2016738 MAL (2015) | Denied | Pa.Super., 131 A.3d 105 |
| First Liberty Ins. Corp. v. Coll; Alker, In re [44] . . . . . . . . | 02/29/2016527 EAL (2015) | Denied | Pa.Super., 131 A.3d 85 |
| Gallo v. Conemaugh Health System, Inc. [45] . . . . . . . . . . . | 03/01/2016280 WAL (2015) | Denied | Pa.Super., 114 A.3d 855 |
| JP Morgan Chase Bank, N.A. v. Stranieri [46] . . . . . . . . . . | 02/24/2016906 MAL (2015) | Denied | Pa.Super., 131 A.3d 107 |
| McArdle v. Hufnagel [47] . . . . . . . . . . . | 02/22/2016406 WAL (2016) | Denied | No. 1056 WDA 2015 |
| Moranko v. Downs Racing LP [48] . . . . . . | 02/25/2016529 MAL (2015) | Denied | Pa.Super., 118 A.3d 1111 |

**40.** Justice EAKIN did not participate in the decision of this matter.

**41.** Justice EAKIN did not participate in the decision of this matter.

**42.** Justices EAKIN and WECHT did not participate in the consideration or decision of this matter.

**43.** Justice EAKIN did not participate in the decision of this matter; Reconsideration denied March 14, 2016.

**44.** Justice EAKIN did not participate in the decision of this matter.

**45.** Justice EAKIN did not participate in the decision of this matter.

**46.** Justice EAKIN did not participate in the decision of this matter.

**47.** Justice EAKIN did not participate in the decision of this matter.

**48.** Justices EAKIN and DONOHUE did not participate in the decision of this matter. Justice WECHT notes dissent.